**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| LETESSA RUSSELL, INDIVIDUALLY, AND AS NATURAL MOTHER AND NEXT FRIEND OF N.R., A MINOR | PLAINTIFFS |
| VERSUS | CAUSE NO. 3:17-cv-154-WHB-JCG |
| WAYNE COUNTY SCHOOL DISTRICT AND TOMETTE YATES, INDIVIDUALLY; DENEIECE KELLAMS, INDIVIDUALLY; AND JOHN OR JANE DOES 1-10 | DEFENDANTS |

## NOTICE OF ENDORSEMENT

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the following document: ***Defendants' Motion in Limine No. 2 to Bar Plaintiff's Evidence, Testimony, and References to Defendants' Conduct as "Physical Abuse", "Vicious Beatings", "Assault", "Battery", "Hit", "Strike", "Rap", or use of "Wooden Sticks", Etc.*** [Dkt. 297] which was filed electronically on February 28, 2019.

RESPECTFULLY submitted this the 4th day of March, 2019.

                                        WAYNE COUNTY SCHOOL DISTRICT

                                        *By: /s/ Lindsey O. Watson*
                                          John S. Hooks, MS Bar No. 99175
                                          Lindsey O. Watson, MS Bar No. 103329
                                          Adams and Reese LLP
                                          1018 Highland Colony Parkway, Suite 800
                                          Ridgeland, Mississippi 39157
                                          Telephone: 601.353.3234
                                          Facsimile: 601.355.9708
                                          E-mail: john.hooks@arlaw.com
                                          lindsey.watson@arlaw.com
                                          *For Defendant Wayne County School District*

55019629

## CERTIFICATE OF SERVICE

I, Lindsey O. Watson, do hereby certify that I have served a true and correct copy of the above and foregoing document via the Court's CM/ECF system, which transmitted a copy to all counsel of record.

Dated: March 4, 2019.

                                                        s/ *Lindsey O. Watson*
                                                        Lindsey O. Watson