IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LETESSA RUSSELL, Individually, and
as Natural Mother and Next Friend of
N.R., A minor                                                                                          PLAINTIFFS

VERSUS                                            CIVIL ACTION NO. 3:17-cv-154-WHB-JCG

WAYNE COUNTY SCHOOL DISTRICT, AND
TOMETTE YATES, Individually;
DENEIECE KELLAMS, Individually; and
JOHN OR JANE DOES 1-10                                                                    DEFENDANTS

## **NOTICE OF ENDORSEMENT**

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the following document: **Defendants' Motion in Limine No. 2 to Bar Plaintiff's Evidence, Testimony, and References to Defendant's Conduct as "Physical Abuse", "Vicious Beatings", "Assault", "Battery", "Hit", "Strike", "Rap", or use of "Wooden Sticks", Etc.** [Dkt. 297] which was filed electronically on February 28, 2019.

Respectfully submitted, this the 5th day of March, A. D., 2019.

                                                  TOMETTE YATES, DEFENDANT

                              BY:   /s/ Vicki R. Leggett
                                           VICKI R. LEGGETT, MSB NO. 1187
                                           ATTORNEY FOR DEFENDANT

Vicki R. Leggett, Esquire
MSB NO. 1187
Patrick H. Zachary, Esquire
MSB NO. 6674
Zachary & Leggett, PLLC
Attorneys at Law
211 South 29th Avenue, Ste. 100
P.O. Box 15848
Hattiesburg, MS 39404-5848
Telephone:  601-264-0300
vleggett@zandllaw.com
pat@zandllaw.com

# CERTIFICATE OF SERVICE

I, Vicki R. Leggett, do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the Court's CM/ECF system, which transmitted a copy to all counsel of record:

Douglas L. Tynes, Jr., Esq.
Courtney P. Wilson, Esq.
Tynes Law Firm, P.A.
525 Krebs Avenue (39567)
P. O. Drawer 966
Pascagoula, MS 39568-0966
Email:  monte@tyneslawfirm.com
       courtney@tyneslawfirm.co

Rocky Wilson, Esq.
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS 39211
Email:  rocky@forthepeople.com

John S. Hooks, Esq.
MSB NO. 99175
Lindsey O. Watson, Esq.
MSB NO. 103329
Adams and Reese, LLP
1018 Highland Colony Parkway, Suite 8ll
Ridgeland, MS 39157
Email:  john.hooks@arlaw.com
Email:  lindsey.oswalt@arlaw.com

Craig N. Orr, Esq.
Benjamin B. Morgan, Esq.
Burseon Entrekin Orr Mitchell & Lacey, P.A.
535 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
Email:  orr@beolaw.com
Emal: morgan@beolaw.com

Walter W. Dukes, Esq.
MSB NO. 6214
Haley N. Broom, Esq.
MSB. NO. 101838
Mara Joffe, Esq.
MSB NO. 105516
Dukes Dukes Keating & Faneca
P. O. Drawer W
Gulfport, MS 39502-0680
Email: walter@ddkf.com
Email: hbroom@ddkf.com
Email: mjoffe@ddkf.com

This the 5th day of March, 2019.

                                              /s/Vicki R. Leggett
                                              VICKI R. LEGGETT, MSB NO. 1187